1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   JAMES C. MANN (CABN 221603)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, CA 94612
7     Telephone: (510) 637-3680
      Fax: (510) 637-3724
8     E-Mail:  Garth.Hire@usdoj.gov
               James.C.Mann@usdoj.gov
9

10 Attorneys for Plaintiff

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                             OAKLAND DIVISION

14 UNITED STATES OF AMERICA,           )   No. CR-11-00291 SBA
                                       )
15     Plaintiff,                      )   STIPULATED REQUEST TO REVOKE
                                       )   PRETRIAL RELEASE, FORFEIT BAIL,
16     v.                              )   AND SET ASIDE 90% OF FORFEITURE
                                       )
17 DAVID LEO REAMS,                    )   Date:    October 19, 2011
                                       )   Time:    10:00 a.m.
18     Defendant.                      )   Court:   Hon. Saundra Brown
                                       )            Armstrong
19                                     )
   _____)
20

21     Defendant David Leo Reams violated the terms of his pretrial release by ceasing to

22 participate in the treatment program at New Bridge Foundation, and leaving the program without

23 permission from Pretrial Services on July 8, 2011.  The parties, therefore, stipulated and agreed

24 that his release should be revoked on July 18, 2011.  Accordingly, the Honorable Donna M. Ryu

25 ordered his release revoked on that date pursuant to 18 U.S.C. § 3148(b).

26     The parties further stipulate that the unsecured bond in the amount of $50,000 signed by

27 defendant David Leo Reams and Sharon Johnson on April 27, 2011, should be forfeited pursuant

28 to Federal Rule of Criminal Procedure 46(f)(1).

STIP. REQ. TO REVOKE PRETRIAL RELEASE AND FORFEIT BAIL
No. CR-11-00291 SBA

1   On July 12, 2011, defendant David Leo Reams, accompanied by Sharon Johnson, turned
2 himself in to the United States Marshals Service.  On that basis, and pursuant to Federal Rule of
3 Criminal Procedure 46(f)(2)(A) and (B), the parties stipulate that 90% of the forfeiture of the
4 bond shall be set aside.  The parties further stipulate that Sharon Johnson should be exonerated
5 and relieved of financial liability with respect to the bond pursuant to Federal Rule of Criminal
6 Procedure 46(g).  Defendant David Leo Reams, however, is liable for the amount of $5,000, the
7 10% of the bond that remains forfeited.
8   The parties stipulate that while in custody of the Bureau of Prisons, defendant David Leo
9 Reams shall pay the $5,000 bond forfeiture amount through the Inmate Financial Responsibility
10 Fund.  The parties further stipulate that when he is released from custody, defendant David Leo
11 Reams shall pay the remaining unpaid amount of the $5,000 obligation over a period of 60
12 months.  He shall make monthly payments on the bond in the amount of not less than $25 per
13 month until the obligation is paid.  Should either party believe an adjustment to the payment
14 schedule is required, that party may make an application to the Court for such an adjustment
15 through a noticed motion or, if the parties are in agreement, through joint stipulation.  Payments
16 shall be made to the clerk of the United States District Court, Northern District of California, 450
17 Golden Gate Anenue, Box 36060, San Francisco, CA 94104.

19 DATED: August 1, 2011

22 _____/s/_____       _____/s/_____
    JAMES C. MANN                              DIANA L. WEISS
    Assistant United States Attorney           Counsel for David Leo Reams
23  Counsel for United States

STIP. REQ. TO REVOKE PRETRIAL RELEASE AND FORFEIT BAIL
No. CR-11-00291 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID LEO REAMS,<br><br>    Defendant.<br>_____ | No. CR-11-00291 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO REVOKE PRETRIAL RELEASE, FORFEIT BAIL, AND SET ASIDE 90% OF FORFEITURE<br><br>Date:    October 19, 2011<br>Time:   10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

Pursuant to the parties stipulation, **IT IS HEREBY ORDERED** that:

1. Defendant's pretrial release is revoked, the unsecured bond in the amount of $50,000 signed by defendant David Leo Reams and Sharon Johnson on April 27, 2011 is forfeited, and 90% of the forfeiture of the bond shall be set aside. See 18 U.S.C. § 3148(b) and Federal Rule of Criminal Procedure 46(f).

2. Sharon Johnson is exonerated and relieved of financial liability with respect to the bond. See Federal Rule of Criminal Procedure 46(g). Defendant David Leo Reams, however, is liable for the amount of $5,000, the 10% of the bond that remains forfeited.

3. While in custody of the Bureau of Prisons, defendant David Leo Reams shall pay the $5,000 bond forfeiture amount through the Inmate Financial Responsibility Fund. When he

1  is released from custody, defendant David Leo Reams shall pay the remaining unpaid amount of
2  the $5,000 obligation over a period of 60 months.  He shall make monthly payments on the bond
3  in the amount of not less than $25 per month until the obligation is paid.  Should either party
4  believe an adjustment to the payment schedule is required, that party may make an application to
5  the Court for such an adjustment through a noticed motion or, if the parties are in agreement,
6  through joint stipulation.  Payments shall be made to the clerk of the United States District Court,
7  Northern District of California, 450 Golden Gate Anenue, Box 36060, San Francisco, CA 94104.

DATED: August _3_, 2011

_____
HON. LAUREL BEELER
United States Magistrate Judge