MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
JAMES C. MANN (CABN 221603)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov
            James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
| | ) | |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID LEO REAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses Count Five of the

Indictment in the above-captioned matter against this defendant only.  On or about July 19, 2011,

defendant pleaded guilty to Count Thirteen of the Indictment.  This Court sentenced defendant

on November 30, 2011.  Pursuant to the Plea Agreement, the government moves to dismiss

Count

*////*

*////*

NOTICE OF DISMISSAL
No. CR-11-00291 SBA

////

Five of the Indictment as to defendant David Leo Reams only following his plea of guilty to Count Thirteen and his sentencing upon the same.

DATED: December 1, 2011                    Respectfully submitted,

                                           MELINDA HAAG
                                           United States Attorney


                                           _____/s/_____
                                           JAMES C. MANN
                                           Assistant United States Attorney


The United States' request for leave of Court is **GRANTED** and Count Five of the Indictment is **DISMISSED** as to defendant David Leo Reams only.


DATED:_12/2/11                             _____
                                           HON. SAUNDRA BROWN ARMSTRONG
                                           United States District Court Judge

NOTICE OF DISMISSAL
No. CR-11-00291 SBA